UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSE MANUEL CEBALLOS ORTIZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> SAMUEL OLSON Field Office Acting Director of ) <br> Enforcement and Removal Operations, Chicago ) <br> Feld Office, Immigration and Customs ) <br> Enforcement, et al., ) <br> ) <br> Respondents. ) | No. 2:25-cv-00548-MPB-MJD |

**Order Directing Clerk to Issue Amended Final Judgment**

The Court granted Petitioner's petition for a writ of habeas corpus on November 19, 2025, and issued final judgment that same day. Dkts. 18, 19. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**So Ordered.**

Dated: January 22, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel